# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0110.  DAVIS v. THE STATE.**

This case was docketed by this court on August 4, 2017, and appellant's brief and enumerations of error were due August 24, 2017.  The appellant was GRANTED an extension to file the brief until September 8, 2017.  The appellant filed its brief and enumerations of error on September 14, 2017.  Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/01/2017*
*        I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*        Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*